IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

| | |
|---|---|
| **MICHAEL KITCHEN,** | ) |
| **Plaintiff,** | ) |
| **v.** | ) |
| | ) CIVIL ACTION NO. |
| **MIDLAND FUNDING, LLC,** | ) 0:14-cv-00105-HRW |
| **Defendant.** | ) |

## NOTICE OF SETTLEMENT

**COME NOW** plaintiff Michael Kitchen and defendant Midland Funding, LLC (collectively, "the parties"), by and through their undersigned counsel, and hereby notify the Court that a tentative settlement agreement has been reached between the parties. The parties are presently drafting, finalizing, and executing the settlement and dismissal documents. The parties request forty-five (45) days to finalize the settlement documents and to file a stipulation of dismissal with the Court.

Respectfully submitted this 3rd day of November, 2014.

/s/ *James H. Lawson* (with permission)
James H. Lawson
*Lawson at Law, PLLC*
115 Sherrin Avenue, Unit #4
Louisville, KY 40207
Phone: (502) 473-6525
Email: james@kyclc.com

James McKenzie
*James R. McKenzie Attorney, PLLC*
4055 Shelbyville Road, Suite B
Louisville, KY 40207
Phone: (502) 371-2179
Fax: (502) 257-7309
Email: jmckenzie@jmckenzielaw.com
Attorneys for Plaintiff MICHAEL KITCHEN

21661592 v1

/s/ Reid S. Manley
Reid S. Manley
Kentucky Bar No. 90360
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
rmanley@burr.com

Attorney for Defendant
MIDLAND FUNDING, LLC