IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

MICHAEL KITCHEN,   )
        Plaintiff,   )
v.   )   CIVIL ACTION NO.
MIDLAND FUNDING, LLC,   )   0:14-cv-00105-HRW
        Defendant.   )

## AGREED ORDER DISMISSING CASE WITH PREJUDICE

It appearing to the court, as evidenced by the signatures of counsel for the Plaintiff Michael Kitchen ("Plaintiff") and Defendant Midland Funding, LLC ("Midland") that the parties have resolved Plaintiff's claims against Midland and the claims against Midland should be dismissed with prejudice, with each party to bear its own costs and fees.

**IT IS THEREFORE ORDERED**, that all of Plaintiff's causes of action against Midland in this action are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees.

Entered this 6th day of January, 2015.



Signed By:
*Henry R. Wilholt, Jr.*
**United States District Judge**

22367019 v1

APPROVED BY:

/s/ *James H. Lawson* (with permission)
James H. Lawson
*Lawson at Law, PLLC*
115 South Sherrin Avenue, Suite 4
Louisville, KY 40207
Telephone: (502) 473-6525
Facsimile: (502) 473-6561
james@kyclc.com

James McKenzie
*James R. McKenzie Attorney, PLLC*
4055 Shelbyville Road, Suite B
Louisville, KY 40207
Phone: (502) 371-2179
Fax: (502) 257-7309
Email: jmckenzie@jmckenzielaw.com

Attorneys for Plaintiff
MICHAEL KITCHEN


/s/ *Reid S. Manley*
Reid S. Manley
Kentucky Bar No. 90360
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
rmanley@burr.com

Attorney for Defendant
MIDLAND FUNDING, LLC