IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

| | |
|---|---|
| MICHAEL KITCHEN, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) CIVIL ACTION NO. |
| MIDLAND FUNDING, LLC, | ) 0:14-cv-00105-HRW ) ) |
| Defendant. | ) ) |

### AMENDED AGREED ORDER DISMISSING CASE

It appearing to the court, as evidenced by the signatures of counsel for the Plaintiff Michael Kitchen ("Plaintiff") and Defendant Midland Funding, LLC ("Midland") that the parties have resolved Plaintiff's claims against Midland and the claims against Midland should be dismissed, with each party to bear its own costs and fees.

**IT IS THEREFORE ORDERED**, that all of Plaintiff's individual causes of action against Midland in this action are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees. **IT IS FURTHER ORDERED** that all of Plaintiff's class action claims asserted against Midland in this action are **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs and fees.

This 17th day of March, 2015.



Signed By:
*Henry R. Wilholt, Jr.*
**United States District Judge**

22691651 v1

APPROVED BY:

/s/ James H. Lawson (with permission)
James H. Lawson
*Lawson at Law, PLLC*
115 South Sherrin Avenue, Suite 4
Louisville, KY 40207
Telephone: (502) 473-6525
Facsimile: (502) 473-6561
james@kyclc.com

James McKenzie
*James R. McKenzie Attorney, PLLC*
4055 Shelbyville Road, Suite B
Louisville, KY 40207
Phone: (502) 371-2179
Fax: (502) 257-7309
Email: jmckenzie@jmckenzielaw.com

Attorneys for Plaintiff
MICHAEL KITCHEN


/s/ Reid S. Manley
Reid S. Manley
Kentucky Bar No. 90360
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
rmanley@burr.com

Attorney for Defendant
MIDLAND FUNDING, LLC